1  TROY E. THOMPSON (STATE BAR NO. 196532)
   PAUL J. SAX (STATE BAR NO. 43980)
2  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building, 405 Howard Street
3  San Francisco, CA  94105-5759
   Telephone:    415-392-1122
4  Facsimile:    415-773-5759
   Email: tthompson@orrick.com; pjsax@orrick.com
5
   Counsel for Plaintiff
6
   KEVIN V. RYAN
7  United States Attorney
   450 Golden Gate Ave.
8  Box 36055
   San Francisco, CA 94102
9  Telephone: (415) 436-7200

10 JENNIFER L. VOZNE
   Bar No. 0605557 (FL)
11 Trial Attorney, Tax Division
   United States Department of Justice
12 Post Office Box 227
   Ben Franklin Station
13 Washington, DC 20044
   Telephone: (202) 307-6555
14 Facsimile: (202) 514-6866
   Email: Jennifer.L.Vozne@usdoj.gov
15
16 Counsel for Defendant

17
18            IN THE UNITED STATES DISTRICT COURT FOR THE
                   NORTHERN DISTRICT OF CALIFORNIA
19                          AT OAKLAND

20 SAFEWAY, INC.,                    )   Civil No. C 05-3182 (SBA)
                                     )
21         Plaintiff,                )   JOINT STIPULATION TO EXTEND TIME
   TO                                )
22                                   )   FILE REPLY AND CONTINUE HEARING
       v.                            )   ON MOTION FOR SUMMARY JUDGMENT
23                                   )
   INTERNAL REVENUE SERVICE,         )
24                                   )
           Defendant.                )
25
26
27 JOINT STIPULATION TO EXTEND
   TIME TO FILE REPLY AND CONTINUE
28 HEARING ON MOTION FOR SUMMARY JUDGMENT— C-05-3182(SBA)—Page 1      1768993.1

Pursuant to Civil L. R. 6 and 7-7, the parties stipulate to extend the time for the Internal Revenue Service to file a reply to Safeway's opposition to the motion for summary judgment up to and including July 7, 2006.  The parties further stipulate to continue the hearing on the motion for summary judgment from July 18, 2006 to September 12, 2006.

Pursuant to Civil L.R. 6-2(a), attached is a declaration of Jennifer L. Vozne.

Respectfully submitted,

Dated:  June 20, 2006                               /s/ Troy E. Thompson

>TROY E. THOMPSON
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building, 405 Howard Street
San Francisco, CA  94105-5759
Telephone:     415-392-1122
Attorney for Plaintiff Safeway, Inc.

Dated:  June 20, 2006                               /s/ Jennifer L. Vozne

>JENNIFER L. VOZNE
Trial Attorney, Tax Division
United States Department of Justice
Post Office Box 227
Ben Franklin Station
Washington, DC 20044
Telephone: (202) 307-6555
Attorney for Defendant Internal Revenue Service.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 6/20/06                               _____
SAUNDRA BROWN ARMSTRONG
United States District Judge

JOINT STIPULATION TO EXTEND
TIME TO FILE REPLY AND CONTINUE
HEARING ON MOTION FOR SUMMARY JUDGMENT— C-05-3182(SBA)—Page 2        1768993.1